PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Ricardo Alberto Hernandez          Docket No. 1:20CR00047-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Evan Cisneros, pretrial services/probation officer, presenting an official report upon the conduct of defendant Ricardo Alberto Hernandez, who was placed under pretrial release supervision by the Honorable Susan Hightower, sitting in the court at Austin, Texas on the 16th date of June, 2021 under the following conditions:

> See Appearance Bond and Order Setting Conditions of Release dated June 16, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On June 16, 2021, the defendant was ordered to participate in the Location Monitoring Program (Home Detention) as a condition of pretrial release. Since the defendant's release on bond, he has remained in compliance with the Location Monitoring Program rules and conditions, has provided negative drug tests, and continues to be employed. At this time, there is no information to suggest the defendant would fail to appear for court appearance if removed from his Location Monitoring Program. The defendant continues to reside with his family, to include his mother, who has proven to be a reliable Third Party Custodian.
>
> The U.S. Attorney's Office was contacted and concurs with the recommendation of Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the defendant's bond be modified to remove the following conditions:

Condition #7(p)(ii): The defendant must participate in one of the following programs and comply with its requirements as directed: Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

Condition 7(q)(i): The defendant must submit to the following location monitoring program technology and comply with its requirements as directed: Location Monitoring technology as directed by Pretrial Services or supervising officer.

PS 8
(Rev. 12/04)

Page 2

Ricardo Alberto Hernandez
Case #1:20CR00047-001

ORDER OF COURT

Considered and ordered this <u>18th</u> day of <u>April</u>, <u>2022</u> and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2022

*Evan Carews* (signature)

| U.S. Pretrial Services Officer | Phone Number | +1 (512) 450-8576 |

*Amanda R. Cobellos* (signature)

| Supervisory U.S. Pretrial Services Officer | Phone Number | +1 (210) 818-7861 |

Place   U.S. Pretrial Services Office
501 West 5th Street, Suite 3200
Austin, Texas 78701